**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TOBY J. SUTTON                                                                                          PLAINTIFF

v.                                        NO. 3:11-CV-00123-KGB

PATRICIA BAILEY, ET AL.                                                                        DEFENDANTS

## ORDER

The jury trial of this matter currently set for the week of September 17, 2012, is removed from the Court's trial docket pending resolution of the defendants' interlocutory appeal. Notice of that appeal was filed January 31, 2012 (Dkt. 36.) A new trial date and scheduling deadlines will be entered following issuance of the mandate by the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 14th day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE