**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TOBY J. SUTTON**                                                                                   **PLAINTIFF**

**v.**                               **Case No. 3:11-cv-00123-KGB**

**PATRICIA BAILEY, et al.**                                                                    **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to compel (Dkt. No. 49). Plaintiff Toby Sutton has not responded, and the time to do so has now passed. On February 20, 2014, Defendants served requests for production of documents upon counsel for Mr. Sutton. Defendants state that as of the filing of their motion to compel, April 7, 2014, no responses had been provided, despite assurances from Mr. Sutton's counsel that they would be provided by close of business April 4, 2014. Defendants request that an Order to compel be entered pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure. Defendants' motion to compel is granted (Dkt. No. 49). Mr. Sutton has seven days from the date of this Order, to and including May 13, 2014, to respond to defendants' requests for production of documents.

SO ORDERED this 6th day of May, 2014.

_____
Kristine G. Baker
United States District Judge