IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TOBY J. SUTTON**                                                                                          **PLAINTIFF**

v.                              Case No. 3:11-cv-00123-KGB

**PATRICIA BAILEY, et al.**                                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 52). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Toby J. Sutton's complaint against defendants in this case is dismissed with prejudice. The parties will bear their own costs and fees to the litigation.

SO ORDERED this 1st day of July, 2014.

_____
Kristine G. Baker
United States District Judge